UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GILLETTE COMPANY, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No.: 05-11651NMG |

## DEFENDANT'S ASSENTED-TO MOTION
## TO EXTEND TIME TO FILE ITS ANSWER

Defendant The Gillette Company, with the assent of Plaintiff's counsel, hereby moves this Court to extend the time for Defendant to file its Answer to and including August 26, 2005.

Assented to:

_____
Neil Osborne (BBO# 567674)
41 West Street, 7th Floor
Boston, MA 02111-1216
(617) 482-1160

THE GILLETTE COMPANY

By its attorneys,

_____
Anthony D. Rizzotti (BBO# 561967)
Christine A. Phipps (BBO# 658942)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

Dated: August 11, 2005

Dated: August 11, 2005

9793117_1.DOC

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 8/11/05    _____