UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA,<br><br>        Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-11651NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned as counsel for Defendant The Gillette Company in the above-captioned matter.

                                                Respectfully submitted.

                                                THE GILLETTE COMPANY

                                                By its attorneys,

                                                */s/* Christine A. Phipps
                                                Anthony D. Rizzotti  (BBO# 561967)
                                                Christine A. Phipps (BBO# 658942)
                                                ROPES & GRAY LLP
                                                One International Place
                                                Boston, Massachusetts 02110
                                                (617) 951-7000

Dated:  August 26, 2005

<u>Certificate of Service</u>

I hereby certify that on August 26, 2005, a true and correct copy of the foregoing document was served upon the attorney of record, Neil Osborne, Esq., 41 West Street, 7th Floor, Boston, MA 02110, by first-class mail.

/s/ <u>Christine A. Phipps</u>
Christine A. Phipps