UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA,<br><br>        Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-11651NMG<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT THE GILLETTE COMPANY'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Gillette Company ("Gillette") states as follows:

1. Gillette does not have any parent corporations.

2. Berkshire Hathaway, Inc., a publicly traded corporation, may be deemed to own 10.2 percent of Gillette's common stock through several subsidiaries.

3. There is no other publicly traded corporation that owns more than 10 percent of Gillette's stock.

    Respectfully submitted,

    THE GILLETTE COMPANY

    By its attorneys,

    */s/* Anthony D. Rizzotti
    Anthony D. Rizzotti  (BBO# 561967)
    Christine A. Phipps (BBO# 658942)
    ROPES & GRAY LLP
    One International Place
    Boston, Massachusetts 02110
Dated:  August 26, 2005    (617) 951-7000

- 2 -

<u>Certificate of Service</u>

I hereby certify that on August 26, 2005, a true and correct copy of the foregoing document was served upon the attorney of record, Neil Osborne, Esq., 41 West Street, 7th Floor, Boston, MA 02110, by first-class mail.

<u>/s/ Christine A. Phipps</u>
Christine A. Phipps
