UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDUARDO GARZA MORA,<br><br>Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-11651NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned as counsel for Defendant The Gillette Company in the above-captioned matter.

                    Respectfully submitted.

                    THE GILLETTE COMPANY

                    By its attorneys,

                    */s/* Anthony D. Rizzotti
                    Anthony D. Rizzotti  (BBO# 561967)
                    Christine A. Phipps (BBO# 658942)
                    ROPES & GRAY LLP
                    One International Place
                    Boston, Massachusetts 02110
                    (617) 951-7000

Dated:  August 26, 2005

<u>Certificate of Service</u>

I hereby certify that on August 26, 2005, a true and correct copy of the foregoing document was served upon the attorney of record, Neil Osborne, Esq., 41 West Street, 7th Floor, Boston, MA 02110, by first-class mail.

<u>/s/ Christine A. Phipps</u>
Christine A. Phipps