UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) Civil Action No.: 05-11651NMG<br>THE GILLETTE COMPANY, )<br>)<br>Defendant. )<br>) | |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Gillette Company ("Gillette") supplements its Disclosure Statement filed on August 26, 2005, and states as follows:

1. On October 1, 2005, The Gillette Company became a wholly-owned subsidiary of The Procter & Gamble Company.

2. There is no other publicly held corporation that owns more than 10 percent of Gillette's stock.

      Respectfully submitted,

      THE GILLETTE COMPANY

      By its attorneys,

      */s/ Anthony D. Rizzotti*
      Anthony D. Rizzotti  (BBO# 561967)
      Christine A. Phipps (BBO# 658942)
      ROPES & GRAY LLP
      One International Place
      Boston, Massachusetts 02110
      (617) 951-7000

Dated: October 13, 2005

- 2 -

<u>Certificate of Service</u>

I hereby certify that on October 13, 2005, a true and correct copy of the foregoing document was served upon the attorney of record, Neil Osborne, Esq., 41 West Street, 7th Floor, Boston, MA 02110, by first-class mail.

> <u>*/s/ Anthony D. Rizzotti*</u>
> Anthony D. Rizzotti