Case Number 1:05 cv 11651 NMG

Change of address Notice

Plaintiff Counsel address is

41 West Street, 7th Floor
Boston, MA 02111- 1216

Previous address for counsel was
20e Tremont Street, 1st Flr
Boston, MA 02116

FILED
IN CLERKS OFFICE
2005 NOV -3 P 2:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

Submitted by
Neil Osborne
BBO # 567674

Dated : 11/3/2005