SCANNED DATE: 11/18/05 BY: M.P.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDUARDO GARZA MORA
Plaintiff,

vs.

THE GILLETTE COMPANY
Defendant

Civil Action NO. 05-11651NMG

Local Rule 16.1(D)(3) Certification

The undersigned counsel for the Plaintiff certifies that he has conferred with Mr. Eduardo Garza Mora:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully Submitted,
Plaintiff, by His Attorney

_____
Neil Osborne (BBO #567674)
41 West Street, 7th Floor
Boston, MA 02111-1216
Phone (617) 482-1160
Fax (617) 482-1166

Dated: October 24, 2005

Dated: November 14, 2005

_____
Eduardo Garza Mora

## Certificate of Service

I, Neil Osborne, hereby certify that on November 15, 2005, I caused a copy of the foregoing to be served upon the following counsel or record by regular mail as follows:

Christine Phipps, Esq.
Ropes & Gray
One International Place
Boston, MA 02110

Neil Osborne, Esquire