UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eduardo Garza Mora,
    Plaintiff,

v.

The Gillette Company,
    Defendant,

CIVIL ACTION
NO. 05-11651-NMG

ORDER OF RECUSAL

GORTON, D.J.

    Because Judge Gorton has just become aware that the he owns a number of shares of stock in The Procter & Gamble Co. of which The Gillette Company is a wholly-owned subsidiary, he hereby recuses himself from this case. The case will be redrawn to another district judge in the Eastern Division.

BY ORDER OF THE COURT,

/s/ Craig J. Nicewicz
Deputy Clerk

Dated: 5/9/2006