UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GILLETTE COMPANY, )<br>)<br>)<br>Defendant. ) | Civil Action No.: 05-11651RCL |

### ASSENTED TO MOTION TO EXTEND THE
### DISCOVERY DEADLINE SET FORTH IN THE SCHEDULING ORDER

Plaintiff Eduardo Garza Mora moves that the deadline for the completion of fact depositions and discovery, currently set for July 31, 2006, in the above-captioned matter be extended through and including August 14, 2006, solely for the purposes of conducting the deposition of Kalpana Shanmugham.

In support of this motion, the Plaintiff state that, he has made diligent efforts to server Ms. Kalpana Shunmugham a non party deponent, at her home, but has been unable to locate her. The Plaintiff requires the additional time to properly serve the deponent and conduct the deposition. The Defendant assents to this motion as it will not cause an extension of time for the parties to file dispositive motions in this matter.

WHEREFORE, the Plaintiff hereby moves that the deadline for the completion of fact discovery set forth in the Court's Electronic Scheduling Order, dated February 27, 2006 be extended as described above.

| EDUARDO GARZA MORA | THE GILLETTE COMPANY<br>Assenting to Motion |
|---|---|
| By his attorney, | By its attorneys, |
| _____<br>Neil Osborne (BBO# 567674)<br>41 West Street, 7th Floor<br>Boston, MA 02111-1216<br>(617) 482-1160 | _Christine Phipps_<br>Anthony D. Rizzotti (BBO# 561967)<br>Christine A. Phipps (BBO# 658942)<br>ROPES & GRAY LLP<br>One International Place |

-- 2 --

Boston, MA 02110-2624
(617) 951-7000

Dated: July 31, 2006

### Certificate of Service

I hereby certify that on July 31, 2006, a true and correct copy of the foregoing document was served upon the attorney of record for Defendant, Christine A. Phipps, Esq., ROPES & GRAY LLP, One International Place, Boston, MA 02110-2624, by regular mail.

_____
Neil Osborne