UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA,<br><br>Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-11651RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned as an additional counsel for Defendant The Gillette Company in the above-captioned matter.

    Respectfully submitted.

    THE GILLETTE COMPANY

    By its attorneys,

    /s/ David C. Potter
    Anthony D. Rizzotti  (BBO# 561967)
    David C. Potter (BBO# 644610)
    Christine A. Phipps (BBO# 658942)
    ROPES & GRAY LLP
    One International Place
    Boston, Massachusetts 02110
    (617) 951-7000

Dated:  August 15, 2006

10155200_1

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2006.

*/s/ David C. Potter*
David C. Potter

10155200_1