UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA,<br><br>        Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>        Defendant. | Civil Action No.: 05-11651RCL |

**JOINT MOTION TO EXTEND THE DEADLINE
FOR FILING ALL DISPOSITIVE MOTIONS,
INCLUDING MOTIONS FOR SUMMARY JUDGMENT**

      At Defendant's request, Plaintiff Eduardo Garza Mora and Defendant The Gillette Company, collectively, the "Parties," jointly move that the deadline for filing all dispositive motions, including motions for summary judgment, be extended from August 31, 2006 through and including September 15, 2006. This approximately two-week extension will not affect any other deadlines in this matter.

| EDUARDO GARZA MORA | THE GILLETTE COMPANY |
|---|---|
| By his attorney, | By its attorneys, |
| */s/ Neil Osborne* | */s/ Anthony D. Rizzotti* |
| Neil Osborne (BBO# 567674) | Anthony D. Rizzotti (BBO# 561967) |
| 41 West Street, 7th Floor | David C. Potter (BBO# 644610) |
| Boston, MA 02111-1216 | Christine A. Phipps (BBO# 658942) |
| (617) 482-1160 | ROPES & GRAY LLP |
| | One International Place |
| | Boston, MA 02110-2624 |
| | (617) 951-7000 |
| Dated: August 15, 2006 | Dated: August 15, 2006 |

10155172_1

-- 2 --

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2006.

                                          */s/ David C. Potter*
                                          David C. Potter