UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GILLETTE COMPANY, )<br>)<br>Defendant. )<br> ) | Civil Action<br>No. 05-11651-RCL |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the document and attached exhibits listed below have been manually filed with the Court and are available in paper form only:

Appendix of Defendant's Exhibits to its Motion for Summary Judgment

1. Eduardo Garza Mora Deposition Transcript Volume I

2. Eduardo Garza Mora Deposition Transcript Volume II

3. Asad Husain Deposition Transcript

4. Claudio Enrique Ruben Deposition Transcript

5. Affidavit of Charles Cramb

6. Affidavit of Claudio E. Ruben

7. Affidavit of Kevin Baker

8. Affidavit of Asad Husain

9. Memorandum to Eduardo Garza from Claudio Ruben dated March 7, 2004

10. Project Renaissance Project Spending Estimate

11. E-Mail from Kevin Baker to Gary Piscatelli dated February 5, 2004

12. E-Mail from Eduardo Garza to Richard Lees dated February 10, 2004

10197348_1

13. E-Mail from Eduardo Garza to Claudio Ruben dated January 28, 2004

14. E-Mail from Eduardo Garza to Roland Larose dated February 11, 2004

15. Project Renaissance Risk Review by Deloitte Consulting LLP dated March 15, 2004

16. Charge of Discrimination filed by Eduardo Garza Mora at the Massachusetts Commission Against Discrimination

        Respectfully submitted,

        THE GILLETTE COMPANY

        By its attorneys,

        /s/ Anthony D. Rizzotti
        Anthony D. Rizzotti (BBO# 561967)
        Christine A. Phipps (BBO# 658942)
        David C. Potter (BBO#644610)
        Ropes & Gray LLP
        One International Place
        Boston, MA  02110-2624
        (617) 951-7000

Date:   September 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (if any) on September 15, 2006.  A paper copy of the Appendix of Defendant's Exhibits to its Motion for Summary Judgment will be served on Plaintiff's counsel by Federal Express on September 15, 2006.

Date:  September 15, 2006        /s/  David C. Potter
        David C. Potter

10197348_1