UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>THE GILLETTE COMPANY )<br>    Defendant. )<br> ) | Civil Action 05-11651NMG |

PLAINTIFF'S MOTION IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Now comes the Plaintiff, Eduardo Garza Mora, in opposition to the Defendant's motion for summary judgment, and prays this Court deny the Defendant's motion. In support thereof, the plaintiff attaches a Memorandum of Law and Rule 56.1 Statement.

                                              Respectfully submitted
                                              Plaintiff By His Attorney;

                                              /s/ Neil Osborne
                                              Neil Osborne (BBO# 567674)
                                              41 West Street, 7th floor
                                              Boston, MA  02111-1216
                                              (617) 482-1160 Phone
                                              (617) 482-1166 Fax

Dated: September 29, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (if any) on September 29, 2006.

                                              /s/ Neil Osborne
                                              Neil Osborne