UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-11651RCL |
| ) | |
| THE GILLETTE COMPANY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

On behalf of the Plaintiff, the undersigned counsel hereby notifies the Court, and Defendant of a change in the firms address. From the date hereof, the undersigned counsel's firm address is 87 Summer Street, 3rd floor, Boston, MA 02110-1208.

/s/ Neil Osborne
Neil Osborne, Esq.
(BBO# 567674)
87 Summer Street 3rd floor
Boston, MA  02110-1208
(617) 338-6781 Phone
(617) 338-6780 Fax

Dated: November 13, 2006

1