UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO GARZA MORA,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE GILLETTE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-11651RCL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned as an additional counsel for Defendant The Gillette Company in the above-captioned matter.

                          Respectfully submitted.

                          THE GILLETTE COMPANY

                          By its attorneys,

                          /s/ Richard P. Ward
                          Richard P. Ward (BBO #516040)
                          ROPES & GRAY LLP
                          One International Place
                          Boston, Massachusetts 02110
                          (617) 951-7000

Dated: March 14, 2007

10412835_1

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 14, 2007.

              */s/ Richard P. Ward*
              Richard P. Ward

10412835_1