UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RORLYN CORP., ET AL**
      Plaintiff(s)

v.                                    CIVIL ACTION NO. **05-12380-RCL**

**CHARLES HARROLD, ET AL**
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

LINDSAY, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants Charles Harrold and Stephanie Harrold.

Sarah A. Thornton, Clerk

Dated: 3/13/07                        /s/ Lisa M. Hourihan
                                                              (By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____%.

(judgciv.frm - 10/96)                                                                                                                                      [jgm.]